AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☑ Trademarks or  ☐ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:16-cv-01259-AC | DATE FILED<br>6/24/2016 | U.S. DISTRICT COURT<br>District of Oregon |
|---|---|---|
| PLAINTIFF<br>Twisted, LLC | | DEFENDANT<br>3ZS, LLC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4793316 | 8/18/2015 | twisted |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | Notice of Voluntary Dismissal (#9) filed by Plaintiff on 10/4/16. |
|---|---|

| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>Paul Gale | DATE<br>10/4/2016 |
|---|---|---|

Copy 1 Upon initiation of action, mail this copy to Director   Copy 3 Upon termination of action, mail this copy to Director
Copy 2 Upon filing document adding patent(s), mail this copy to Director   Copy 4 Case file copy